# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Gilbert Lamar Foust,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                     3:12cv59

David G. Dickinson,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

                Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court